**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-1397

JEREMIAH HENDERSON,

Plaintiff - Appellant,

versus

COMMONWEALTH ATTORNEY FOR ROCKBRIDGE COUNTY,
VIRGINIA; ROCKBRIDGE DEPARTMENT OF SOCIAL
SERVICES; ROCKBRIDGE SQUARE ASSOCIATES LLC;
SUNTRUST BANK,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Lynchburg. Norman K. Moon, District
Judge. (CA-02-55-6)

Submitted: July 29, 2004          Decided:  August 3, 2004

Before LUTTIG, MICHAEL, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jeremiah Henderson, Appellant Pro Se. Carlene Booth Johnson, PERRY
& WINDELS, Dillwyn, Virginia; Walter Herbert Peake, III, Nancy
Fuller Reynolds, FRITH, ANDERSON & PEAKE, Roanoke, Virginia; John
Ray Alford, Jr., James Frederick Watson, CASKIE & FROST, Lynchburg,
Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jeremiah Henderson appeals from the district court's order denying his Fed. R. Civ. P. 59(e) motion in which he sought reconsideration of the district court's denial of his motion to reinstate his case and to file an amended 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Henderson v. Commonwealth Attorney for Rockbridge County, No. CA-02-55-6 (W.D. Va. Mar. 1, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED